The relief described hereinbelow is SO ORDERED.

Signed October 26, 2009.



_____
Ronald B. King
United States Chief Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

In Re                                                           Chapter 13
DAWLEY PAULINE HILLS

                                                    Case No. 08-60981-RBK
Debtor

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On this day came on to be considered the Trustee's Motion to Dismiss, and it appearing to the Court that due notice has been given to the parties in interest; that the Debtor is in material default of the plan, it is therefore **ORDERED** that the above-referenced case be and hereby in all things **DISMISSED PURSUANT TO 11 U.S.C. § 1307.**

It is **FURTHER ORDERED** that the Trustee be discharged and relieved of his trust and of his sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

###

Submitted by G. Ray Hendren, Chapter 13 Trustee